UNITED STATES of America,
Plaintiff–Appellee,

v.

Edgar Spencer PHILLIPS,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Edgar Spencer Phillips, Defendant–
Appellant.

Nos. 02–7250, 02–7483.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 31, 2002.

Edgar Spencer Phillips, Appellant Pro
Se. Samuel Gerald Nazzaro, Jr., Assistant
United States Attorney, Wheeling, West
Virginia, for Appellee.

Before WILKINS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

In these consolidated appeals, Edgar
Spencer Phillips seeks to appeal the dis-
trict court's orders adopting the magis-
trate judge's report and recommendation
and denying relief on his motions filed
under 28 U.S.C. § 2255 (2000). An appeal
may not be taken to this court from the
final order in a § 2255 proceeding unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue for claims addressed by a district
court on the merits absent "a substantial
showing of the denial of a constitutional
right." 28 U.S.C. § 2253(c)(2) (2000). As
to claims dismissed by a district court
solely on procedural grounds, a certificate
of appealability will not issue unless the
petitioner can demonstrate both "(1) 'that
jurists of reason would find it debatable
whether the petition states a valid claim of
the denial of a constitutional right' and (2)
'that jurists of reason would find it debata-
ble whether the district court was correct
in its procedural ruling.'" *Rose v. Lee*,
252 F.3d 676, 684 (4th Cir.2001) (quoting
*Slack v. McDaniel*, 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert.
denied*, 534 U.S. 941, 122 S.Ct. 318, 151
L.Ed.2d 237 (2001). We have reviewed
the record and conclude substantially for
the reasons stated by the district court *
that Phillips has not satisfied either stan-
dard. *See United States v. Phillips*, Nos.
CR–95–34; CA–01–17–5 (N.D.W.Va. July
15, 2002) and Nos. CR–95–33; CA–01–16–
5 (N.D.W.Va. July 17, 2002). Accordingly,
we deny certificates of appealability and
dismiss the appeals. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*

---

* We note that Phillips' § 2255 motions were
successive and unauthorized by this court un-
der 28 U.S.C. § 2244 (2000).